UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 23-21985-CIV-MORENO**

WORLD MEDIA ALLIANCE LABEL INC.,

Petitioner,

vs.

ELLO ENTERTAINMENT GROUP, LLC,

Respondent.

_______________________________________/

**ORDER DENYING PETITIONER'S MOTION TO COMPEL AND RESPONDENT'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND CLOSING THE CASE**

THE MATTER was referred to the Honorable Ellen F. D'Angelo, United States Magistrate Judge, to resolve the relevant motions **(D.E. 96)**. The Magistrate Judge filed a Report and Recommendation **(D.E. 104)** on **Juy 13, 2026** with respect to Petitioner's Motion to Compel **(D.E. 92)** and Respondent's Motion to Enforce the Settlement Agreement **(D.E. 94)**. Petitioner filed an Objection to the Magistrate Judge's Report and Recommendation **(D.E. 105)**, which Respondent opposed **(D.E. 108)**. Respondent did not file an objection to the Magistrate Judge's Report and Recommendation. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation. After considering Petitioner's objections and Respondent's opposition to Petitioner's objections, the Court determines that no part of the report is clearly erroneous or contrary to law. Being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge D'Angelo's Report and Recommendation **(D.E. 104)** is **AFFIRMED** and **ADOPTED** for the reasons stated in the report. Petitioner objects to the Magistrate Judge's Report and Recommendation for several reasons, one of which requires attention from this Court. Petitioner argues that it has complied with the settlement agreement because all strikes have been removed and the video restored. This argument was not presented to the Magistrate Judge, in fact, Petitioner's witness asserted the opposite at the hearing—that he did not think the Settlement Agreement required removal of all strikes, and even if it did, there was no time by which removal was required. Exercising its discretion, this Court declines to consider Petitioner's argument because it was not first presented to the magistrate. *Williams v. McNeil*, 557 F.3d 1287, 1292 (11th Cir. 2009). Accordingly, it is

**ADJUDGED** that Petitioner's Motion to Compel **(D.E. 92)** and Respondent's Motion to Enforce the Settlement Agreement **(D.E. 94)** are Denied for the reasons stated in the Magistrate Judge's Report and Recommendation **(D.E. 104)**. It is further

**ADJUDGED** that the case is closed. All deadlines and motions are hereby terminated.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 of August 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Ellen F. D'Angelo

Counsel of Record